**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

LINDA BRINKERHOFF, AN
INDIVIDUAL,
Appellant,
vs.
BLUE STAR CAPITAL, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Respondent.

No. 61256

**FILED**

AUG 0 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

In appellant's timely response to this court's order to show cause why this appeal should not be dismissed for lack of jurisdiction, appellant agrees that this court appears to lack jurisdiction because claims remain pending below and, as no party has been removed from the action, NRCP 54(b) certification is not available. NRAP 3A(b)(1); *Mallin v. Farmers Ins. Exch.*, 106 Nev. 606, 797 P.2d 978 (1990). Accordingly, we ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Gloria Sturman, District Judge
      Dean J. Gould, Settlement Judge
      John Peter Lee Ltd.
      Hutchison & Steffen, LLC
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14 - 25270